PER CURIAM.
Affirmed. See Oregon v. Elstad, — U.S. -, 105 S.Ct. 1285, 84 L.Ed.2d 222 (1985); Evans v. State, 452 So.2d 987 (Fla. 3d DCA 1984); Ulloa v. State, 441 So.2d 169 (Fla. 3d DCA 1983); State v. Frazier, 407 So.2d 1087 (Fla. 3d DCA 1982); Brown v. State, 391 So.2d 729 (Fla. 3d DCA 1980); White v. State, 348 So.2d 1170 (Fla. 3d DCA 1977); Hines v. State, 227 So.2d 334 (Fla. 1st DCA 1969); Crum v. State, 172 So.2d 24 (Fla. 3d DCA), cert. denied, 179 So.2d 218 (Fla.1965).